UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCIA NEVAREZ,<br><br>　　　　　　　Plaintiff,<br><br>　　　v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>　　　　　　　Defendant. | Case No. 5:24-cv-00182-MWF-JC<br><br>ORDER GRANTING/APPROVING STIPULATION AND AWARDING EAJA FEES<br><br>[DOCKET NO. 25] |

　　　Based on the parties' Stipulation (Docket No. 25) regarding an award of attorney's fees pursuant to the Equal Access to Justice Act ("EAJA"), IT IS HEREBY ORDERED:

　　　The Stipulation is granted/approved.  Pursuant and subject to the terms of the Stipulation, Plaintiff is awarded $8,500.00 in attorney's fees.  The aforementioned award shall be made payable to Plaintiff.  However, if, after receiving this Order, the Commissioner (1) determines that Plaintiff has assigned her right to EAJA fees to her attorney; and (2) determines that Plaintiff does not owe a debt that is subject to offset under the Treasury Offset Program, the EAJA fees will be made payable to Plaintiff's attorney.

DATED:  January 6, 2025　　　　　　　　　　　　　/s/

　　　　　　　　　　　　　　　　　　Honorable Jacqueline Chooljian
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE